AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| United States Of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-07214-JGK-SLC |
| Visa Inc. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Visa Inc.                                                                                                                                    .

Date:     09/25/2024                                                             /s/ Beth A. Wilkinson
                                                                                                     *Attorney's signature*

                                                                                             Beth A. Wilkinson
                                                                                          *Printed name and bar number*
                                                                        2001 M Street NW, 10th Flr, Washington, DC 20036


                                                                                                     *Address*

                                                                            bwilkinson@wilkinsonstekloff.com
                                                                                                  *E-mail address*

                                                                                              (202) 847-4000
                                                                                              *Telephone number*

                                                                                              (202) 847-4005
                                                                                                  *FAX number*