UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>VISA INC.,<br><br>    *Defendant*. | Case No. 1:24-cv-07214-JGK-SLC |

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF VISA INC.

    Pursuant to Fed. R. Civ. P. 7.1, Defendant Visa Inc., by its undersigned counsel, hereby states that Visa Inc. is a publicly traded entity without a parent corporation, and no publicly held company owns 10% or more of its stock.

DATED:  September 25, 2024                    Respectfully submitted,

                                                                                    /s/ *Beth A. Wilkinson*
                                                                       Beth A. Wilkinson
                                                                       Kieran Gostin
                                                                       WILKINSON STEKLOFF LLP
                                                                       2001 M Street NW, 10th Floor
                                                                       Washington, DC 20036
                                                                       Telephone: (202) 847-4000
                                                                       Facsimile: (202) 847-4005
                                                                       bwilkinson@wilkinsonstekloff.com
                                                                       kgostin@wilkinsonstekloff.com

                                                                       *Counsel for Defendant Visa Inc.*