AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

United States Of America
*Plaintiff*
v.
Visa Inc.
*Defendant*

Case No. 1:24-cv-07214-JGK-SLC

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Visa Inc. .

Date: 10/01/2024

/s/ Brian L. Stekloff
*Attorney's signature*

Brian L. Stekloff
*Printed name and bar number*

2001 M Street NW, 10th Flr, Washington, DC 20036
*Address*

bstekloff@wilkinsonstekloff.com
*E-mail address*

(202) 847-4000
*Telephone number*

(202) 847-4005
*FAX number*