UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

UNITED STATES OF AMERICA,

               Plaintiff,

     - against -

VISA INC.,

              Defendant.
───────────────────────────────

24-cv-7214 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by phone, for a pre-motion conference in connection with the defendant's anticipated motion to dismiss on **Tuesday, November 12, 2024**, at **11:00 a.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:   New York, New York
          November 6, 2024

                                    John G. Koeltl
                             United States District Judge