```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――

UNITED STATES OF AMERICA,

        Plaintiff,

   - against -

VISA INC.,

        Defendant.

24-cv-7214 (JGK)

ORDER

―――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    The time for the defendant to file its anticipated motion to dismiss is **December 16, 2024**. The time for the Government to respond is **January 21, 2025**. The defendant may reply by **February 7, 2025**.

    By **December 13, 2024**, the parties are directed to submit a Rule 26(f) report and a proposed briefing schedule for the defendant's anticipated motion to stay discovery.

    The Court will hold, by phone, a status conference on **Monday, January 6, 2025**, at **12:00 p.m.** Dial-in: 888-363-4749, with access code 8140049.

    The Clerk is directed to close ECF Nos. 23 & 28.

SO ORDERED.

Dated:   New York, New York
           November 12, 2024

                                   /s/ John G. Koeltl
                                      John G. Koeltl
                              United States District Judge