**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. VISA INC., *Defendant*. | Case No. 1:24-cv-07214-JGK-SLC **Oral Argument Requested** |

## MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, supporting declaration, the exhibits annexed thereto, and all other papers and proceedings herein, Defendant now moves this Court, before the Hon. John G. Koeltl, United States District Judge, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing Plaintiff's Complaint (ECF No. 1) in its entirety.

DATED: December 16, 2024                    Respectfully submitted,

/s/ *Beth A. Wilkinson*
Beth Wilkinson (SBN NY 2181592)
Brian Stekloff (admitted *pro hac vice*)
Kieran Gostin (SBN NY 4847653)
Roxana Guidero (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bstekloff@wilkinsonstekloff.com
bwilkinson@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
rguidero@wilkinsonstekloff.com

Anne P. Davis (admitted *pro hac vice*)
Jonathan Ian Gleklen (admitted *pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Avenue NW
Washington, D.C. 20001
Telephone: (202) 942-6197
Facsimile: (202) 942-5999
anne.davis@arnoldporter.com
jonathan.gleklen@arnoldporter.com

*Counsel for Defendant Visa Inc.*