

2001 M Street NW, 10th Floor
Washington, DC 20036

WWW.WILKINSONSTEKLOFF.COM
———
A LIMITED LIABILITY PARTNERSHIP

December 16, 2024

**VIA ECF FILING**

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:**   *United States of America v. Visa Inc.*; Case No. 1:24-cv-07214 (JGK-SLC)

Dear Judge Koeltl:

      The parties in the above-captioned matter have agreed on the terms of a protective order to govern handling of and access to information in this case. We jointly request that the Court grant the Stipulated Protective Order, which is attached hereto as Exhibit 1.

                              Respectfully submitted,

                              /s/ *Beth A. Wilkinson*
                              Beth A. Wilkinson
                              Brian Stekloff (admitted *pro hac vice*)
                              Kieran Gostin
                              Roxana Guidero (admitted *pro hac vice*)
                              WILKINSON STEKLOFF LLP
                              2001 M Street NW, 10th Floor
                              Washington, DC 20036
                              Telephone: (202) 847-4000
                              Facsimile: (202) 847-4005
                              bstekloff@wilkinsonstekloff.com
                              bwilkinson@wilkinsonstekloff.com
                              kgostin@wilkinsonstekloff.com
                              rguidero@wilkinsonstekloff.com

                              Anne P. Davis (admitted *pro hac vice*)
                              Jonathan Ian Gleklen (admitted *pro hac vice*)
                              ARNOLD & PORTER KAYE SCHOLER LLP
                              601 Massachusetts Avenue NW
                              Washington, D.C. 20001
                              Telephone: (202) 942-6197
                              Facsimile: (202) 942-5999

anne.davis@arnoldporter.com
jonathan.gleklen@arnoldporter.com

*Counsel for Defendant Visa Inc.*

/s/ *Edward Duffy*
Edward Duffy
Bennett J. Matelson
Michele Trichler
United States Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 4000
Telephone: (202) 812-4723
Facsimile: (202) 514-7308
Edward.Duffy@usdoj.gov
Bennett.Matelson@usdoj.gov
Michele.Trichler@usdoj.gov

*Counsel for the United States*

CC: All Counsel of Record (via ECF)