```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――

UNITED STATES OF AMERICA,

            Plaintiff,

  - against -

VISA INC.,

            Defendant.

―――――――――――――――――――――――――――――――

24-cv-7214 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit an amended Rule 26(f) report by **January 17, 2025.**

SO ORDERED.

Dated:    New York, New York
             January 6, 2025

                                                 _____
                                                   John G. Koeltl
                                       United States District Judge