AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-cv-07214-JGK-SLC |
| Visa Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 02/10/2025

/s/ Lauren G.S. Riker
*Attorney's signature*

Lauren G.S. Riker (FL # 119362)
*Printed name and bar number*
U.S. Department of Justice, Antitrust Div.
450 5th St NW
Washington, DC 20530

*Address*

lauren.riker@usdoj.gov
*E-mail address*

(202) 598-2812
*Telephone number*

(202) 514-7308
*FAX number*