

2001 M Street NW, 10th Floor
Washington, DC 20036

WILKINSON
STEKLOFF

WWW.WILKINSONSTEKLOFF.COM
———
A LIMITED LIABILITY PARTNERSHIP

February 7, 2025

**APPLICATION GRANTED
SO ORDERED**

2/10/25

John G. Koeltl, U.S.D.J.

**VIA ECF FILING**

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *United States of America v. Visa Inc.*; Case No. 1:24-cv-07214 (JGK)

Dear Judge Koeltl:

    We represent Visa Inc. in the above-referenced action. When Visa filed its motion to dismiss, Visa requested that Your Honor allow Visa to file its motion with references to the substance of those agreements redacted, and to file the unredacted motion and exhibits under seal. ECF No. 36. Your Honor granted Visa's request. ECF No. 41. Pursuant to Rule VI.A.2 of Your Honor's Individual Practices, we respectfully request the Court's permission to file Visa's reply in support of its motion redacted, and to file the unredacted reply under seal. The redacted language refers to the same contracts used as exhibits in Visa's motion to dismiss.

    We appreciate the Court's consideration and would be happy to provide additional briefing to the Court if necessary.

Respectfully submitted,

*/s/ Beth A. Wilkinson*
Beth A. Wilkinson (SBN NY 2181592)
Brian Stekloff (admitted *pro hac vice*)
Kieran Gostin (SBN NY 4847653)
Roxana Guidero (admitted *pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com

rguidero@wilkinsonstekloff.com

Anne P. Davis (admitted *pro hac vice*)
Jonathan Ian Gleklen (admitted *pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, D.C. 20001
Telephone: (202) 942-6197
Facsimile: (202) 942-5999
anne.davis@arnoldporter.com
jonathan.gleklen@arnoldporter.com

*Counsel for Defendant Visa Inc.*

CC:    All Counsel of Record (via ECF)