```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-------------------------------------

UNITED STATES OF AMERICA,

        Plaintiff,

   - against -

VISA INC.,

        Defendant.

24-cv-7214 (JGK)

<u>ORDER</u>

-------------------------------------

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for oral argument on **Thursday, May 29, 2025** at **11:00 a.m.**, in Courtroom 14A, 500 Pearl Street, New York, New York, 10007.

SO ORDERED.

Dated:   New York, New York
          April 28, 2025

                                      John G. Koeltl
                              United States District Judge