

U.S. Department of Justice

Antitrust Division

*Liberty Square Building*

*450 5th Street, N.W.*
*Washington, DC 20530*

June 13, 2025

VIA ECF FILING

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** *United States of America v. Visa Inc.*; Case No. 1:24-cv-07214 (JGK-SLC)

Dear Judge Koeltl:

The parties in the above-captioned matter have agreed on the terms of an expert stipulation to govern discovery relating to testifying and consulting experts in this case. We jointly request that the Court grant the Stipulation and Proposed Order Regarding Expert Discovery, which is attached hereto as Exhibit 1.

Respectfully submitted,

/s/ Craig W. Conrath
Craig W. Conrath
Bennett J. Matelson
Michele Trichler
United States Department of Justice
Antitrust Division
450 Fifth Street, N.W., Suite 4000
Telephone: (202) 532-4560
Facsimile: (202) 514-7308
Craig.Conrath@usdoj.gov
Bennett.Matelson@usdoj.gov
Michele.Trichler@usdoj.gov

*Counsel for Plaintiff, the United States*

/s/ Beth Wilkinson
Beth A. Wilkinson (SBN NY 2181592)
Brian Stekloff (admitted *pro hac vice*)
Kieran Gostin (SBN NY 4847653)
Roxana Guidero (admitted *pro hac vice*)
Quinton A. Weinstein (admitted *pro hac vice*)

>Kellen M. McCoy (admitted *pro hac vice*)
>Jasper S. Primack (admitted *pro hac vice*)
>**WILKINSON STEKLOFF LLP**
>2001 M Street NW, 10th Floor
>Washington, DC 20036
>Telephone: (202) 847-4000
>Facsimile: (202) 847-4005
>bwilkinson@wilkinsonstekloff.com
>bstekloff@wilkinsonstekloff.com
>kgostin@wilkinsonstekloff.com
>rguidero@wilkinsonstekloff.com
>qweinstein@wilkinsonstekloff.com
>kmccoy@wilkinsonstekloff.com
>jprimack@wilkinsonstekloff.com
>
>Anthony P. Ferrara (SBN NY 5656905)
>**WILKINSON STEKLOFF LLP**
>130 W 42nd Street, Floor 24
>New York, NY 10036
>Telephone: (212) 294-8910
>Facsimile: (202) 847-4005
>aferrara@wilkinsonstekloff.com
>
>Anne P. Davis
>**ARNOLD & PORTER**
>  **KAYE SCHOLER LLP**
>601 Massachusetts Avenue, NW
>Washington, DC 20001-3743
>Tel. (202) 942-6197
>Fax. (202) 942-5999
>Anne.Davis@arnoldporter.com
>
>*Counsel for Defendant Visa Inc.*

CC: All Counsel of Record (via ECF)