# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States Of America | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 1:24-cv-07214 |
| Visa Inc. | ) |
| Defendant | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Visa Inc.

Date: 06/25/2025

/s/ Jeremy S. Barber
*Attorney's signature*

Jeremy S. Barber
*Printed name and bar number*

130 W 42nd Street, 24th Floor, New York, NY 10036
*Address*

jbarber@wilkinsonstekloff.com
*E-mail address*

(212) 294-8910
*Telephone number*

(202) 847-4005
*FAX number*