**Arnold & Porter**

Anne P. Davis
+1 202.942.6197 Direct
Anne.Davis@arnoldporter.com

July 1, 2025

**BY ECF**

The Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    <u>United States v. Visa Inc.</u>, 1:24-cv-7214-JGK

Dear Judge Koeltl:

    On behalf of defendant Visa Inc. ("Visa"), and with the consent of Plaintiff, we respectfully request that the Court extend Visa's deadline to answer the complaint from July 8, 2025, to July 31, 2025. This is Visa's first request for an extension of time to answer the complaint, following the Court's ruling on Visa's motion to dismiss the complaint.

    The extension of the deadline for Visa to answer the complaint will not impact any other existing case deadlines or any deadlines to be proposed in a supplemental case schedule to be filed as a supplemental Rule 23(f) report by July 23, 2025, in accordance with the current Case Management Plan and Scheduling Order (ECF No. 53).

    Thank you for considering this request.

                                     Respectfully submitted,

                                     /s/ *Anne P. Davis*

                                   Anne P. Davis

Copies to all counsel of record by ECF