UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,
                     Plaintiff,          24-cv-7214 (JGK)

       - against -                      ORDER

VISA INC.,
                     Defendant.

---

JOHN G. KOELTL, District Judge:

    The Court has reviewed the parties' Proposed Joint Amended Scheduling Order. See ECF No. 94. There are only two disputed issues.

    First, at page six of the Proposed Joint Amended Scheduling Order, the parties disagree regarding what additional discovery may be appropriate for newly identified fact witnesses. The Court agrees with Visa that it is premature to determine what, if any, additional discovery should be ordered after the close of discovery. The parties have shown a great ability to work out reasonable mutual accommodations. It is premature to attempt to foresee what additional discovery might be required after the close of discovery that could not otherwise be accommodated.

    Second, at pages eleven to fourteen of the Proposed Joint Amended Scheduling Order, the parties disagree regarding when and how frequently experts should be deposed. The parties should work out the timing of expert depositions among themselves, but no expert should be deposed more than once. That may require the

parties to delay the deposition of an expert so that all the reports about which the expert may be testifying will have been produced. If so, the parties should work out that schedule.

The parties should make the necessary changes to the Joint Amended Scheduling Order and submit it to the Court for signature. The Court appreciates the parties' continuing cooperation.

SO ORDERED.
Dated:    New York, New York
         July 26, 2025

                                    John G. Koeltl
                                    United States District Judge