UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                *Plaintiff,*<br><br>    v.<br><br>VISA INC.,<br><br>                *Defendant.* | Case No. 1:24-cv-07214-JGK-SLC |

**JOINT STATUS REPORT**

       Pursuant to the Joint Amended Scheduling and Case Management Order (ECF Nos. 97, 100) and as an update to the parties' previously filed Joint Status Report (ECF No. 105), the parties provide the following joint status report as to their negotiations regarding the data to be produced by Visa in discovery and appropriate deadlines for production.

       By way of background, the United States has served on Visa multiple requests for production that seek large quantities of electronic data. Among these requests are (a) one request (RFP 35) for debit network data underlying Visa's Global Business Intelligence ("GBI") tool, and (b) three requests (RFPs 38, 39, and 40) for Debit Processing Service ("DPS") data. The parties previously reported that they had concluded their discussions and come to agreement as to the scope and timing of Visa's DPS-related data productions. *See* ECF No. 105.

       Regarding GBI-related data, the parties continue to make progress on their discussions and continue to refine the scope of data to be provided. As previously reported, the United States has identified six categories of GBI-related data for production, and within each of those categories, has identified particular data fields it seeks. Visa has objected to certain of the United

US 254820797

States' initial requests on the grounds of relevance and burden. Reserving all rights as to these claims, the United States has narrowed certain of those requests to address Visa's objections and the difficulties that Visa asserts are associated with the extraction of large data sets from Visa's system and continues to work with Visa to resolve any disputes. Visa has now provided sample reports related to five of the six categories and a partial sample report related to the remaining category.[1] Visa is currently working on providing a full sample report for the remaining category of data. The parties will continue to negotiate and update the Court by September 26, 2025 as to the status of their conversations.

Dated: September 5, 2025

Respectfully submitted,

By: /s/ Christopher Jackson
Craig Conrath
Bennett J. Matelson
Michele Trichler
Christopher Jackson
United States Department of Justice
Antitrust Division
450 Fifth Street, N.W., Suite 4000
Telephone: (202) 894-4266
Facsimile: (202) 514-7308
Craig.Conrath@usdoj.gov
Bennett.Matelson@usdoj.gov
Michele.Trichler@usdoj.gov
Christopher.Jackson5@usdoj.gov

*Counsel for Plaintiff, the United States*

By: /s/ Margaret A. Rogers
Margaret A. Rogers
ARNOLD & PORTER
  KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 836-7830
margaret.rogers@arnoldporter.com

Anne P. Davis (*admitted pro hac vice*)
Jonathan Ian Gleklen (*admitted pro hac vice*)
ARNOLD & PORTER
  KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, D.C. 20001
Telephone: (202) 942-6197
Facsimile: (202) 942-5999
anne.davis@arnoldporter.com
jonathan.gleklen@arnoldporter.com

Beth Wilkinson (SBN NY 2181592)
Brian Stekloff (admitted *pro hac vice*)
Kieran Gostin (SBN NY 4847653)
Roxana Guidero (admitted *pro hac vice*)

---

[1] The Division has been and continues to review the samples and is working with Visa to resolve any potential issues.

US 254820797

WILKINSON STEKLOFF LLP
2001 M Street NW, 10th floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@ wilkinsonstekloff.com
kgostin@ wilkinsonstekloff.com
rguidero@ wilkinsonstekloff.com

Jeremy Barber (SBN NY 5344304)
Anthony P. Ferrara (SBN NY 5656905)
WILKINSON STEKLOFF LLP
130 W 42nd Street, Floor 24
New York, NY 10036
Telephone: (212) 294-8910
jbarber@wilkinsonstekloff.com
aferrara@wilkinsonstekloff.com

*Counsel for Defendant Visa Inc.*