UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff,* | |
| v. | Case No. 1:24-cv-07214-JGK-SLC |
| VISA INC., | |
| *Defendant.* | |

## JOINT STATUS REPORT

Pursuant to the Joint Amended Scheduling and Case Management Order (ECF Nos. 97, 100) and as an update to the parties' previously filed Joint Status Reports (ECF Nos. 105 & 112), the parties provide the following joint status report as to their negotiations regarding the data to be produced by Visa in discovery and appropriate deadlines for production.

By way of background, the United States has served on Visa multiple requests for production that seek large quantities of electronic data. Among these requests are (a) one request (RFP 35) for debit network data underlying Visa's Global Business Intelligence ("GBI") tool, and (b) three requests (RFPs 38, 39, and 40) for Debit Processing Service ("DPS") data. The parties previously reported that they had concluded their discussions and come to agreement as to the scope and timing of Visa's DPS-related data productions. *See* ECF No. 105.

Regarding GBI-related data, the parties continue to make progress on their discussions and are substantially closer to finalizing the scope of data to be provided.  As previously reported, the United States has identified six categories of GBI-related data for production, and within each of those categories, has identified particular data fields it seeks.  Visa has objected to

certain of the United States' initial requests on the grounds of relevance and burden. Reserving

all rights as to these claims, the United States has narrowed certain of those requests to address

Visa's objections and the difficulties that Visa asserts are associated with the extraction of large

data sets from Visa's system and continues to work with Visa to resolve any disputes. Visa has

now provided sample reports related to all six categories of data, and the United States has

provided Visa with its finalized data field requests for four of the six categories.[1]  Visa is

reviewing the revised field requests and reserves all objections, including as to burden while Visa

continues to evaluate the feasibility of extracting such data for the full time period requested by

Plaintiff.  The parties will continue to negotiate and update the Court by October 21, 2025 as to

the status of their conversations.


DATED: September 26, 2025                     Respectfully submitted,


By:  /s/ Christopher Jackson                   By:  /s/ Margaret A. Rogers
Craig Conrath                                  Margaret A. Rogers
Bennett J. Matelson                            ARNOLD & PORTER
Michele Trichler                                 KAYE SCHOLER LLP
Christopher Jackson                            250 West 55th Street
United States Department of Justice            New York, New York 10019
Antitrust Division                             Telephone:  (212) 836-7830
450 Fifth Street, N.W., Suite 4000             margaret.rogers@arnoldporter.com
Telephone: (202) 894-4266
Facsimile: (202) 514-7308                      Anne P. Davis (*admitted pro hac vice*)
Craig.Conrath@usdoj.gov                        Jonathan Ian Gleklen (*admitted pro hac vice*)
Bennett.Matelson@usdoj.gov                     ARNOLD & PORTER
Michele.Trichler@usdoj.gov                       KAYE SCHOLER LLP
Christopher.Jackson5@usdoj.gov                  601 Massachusetts Avenue NW
                                               Washington, D.C. 20001
*Counsel for Plaintiff, the United States*     Telephone: (202) 942-6197
                                               Facsimile: (202) 942-5999
                                               anne.davis@arnoldporter.com
                                               jonathan.gleklen@arnoldporter.com

---

[1] The Division has been and continues to review the remaining samples and is working with Visa to resolve any potential issues.

Beth Wilkinson (SBN NY 2181592)
Brian Stekloff (admitted *pro hac vice*)
Kieran Gostin (SBN NY 4847653)
Roxana Guidero (admitted *pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@ wilkinsonstekloff.com
kgostin@ wilkinsonstekloff.com
rguidero@ wilkinsonstekloff.com

Jeremy Barber (SBN NY 5344304)
Anthony P. Ferrara (SBN NY 5656905)
WILKINSON STEKLOFF LLP
130 W 42nd Street, Floor 24
New York, NY 10036
Telephone: (212) 294-8910
jbarber@wilkinsonstekloff.com
aferrara@wilkinsonstekloff.com

*Counsel for Defendant Visa, Inc.*