```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA,
                        Plaintiff,        24-cv-7214 (JGK)

     - against -                     ORDER

VISA INC.,
                        Defendant.

**JOHN G. KOELTL, District Judge:**

    The Government has moved for a stay of this case until appropriations for the Department of Justice are restored and Department of Justice attorneys are permitted to resume their usual civil litigation functions. Visa does not oppose the application to the extent it seeks to stay Court-appointed deadlines, but requests that any stay imposed by the Court not cover negotiations and obligations related to third-party document subpoenas issued by Visa.

    The request for a stay is **granted.** All Court-ordered deadlines in this case are stayed pending the restoration of appropriations for the Department of Justice. The Court will accommodate any necessary adjustments to the schedule in this case after appropriations are restored. The parties should work cooperatively to suggest any necessary adjustment to the schedule in this case after appropriations are restored.

    This stay does not apply to actions by Visa or third parties, including any negotiations Visa may have with third

parties, but Visa should be aware that any negotiations that it has with third parties may require revision if the participation by the Justice Department is required. *The Clerk is directed to close ECF. No. 115,*

SO ORDERED.
Dated:   New York, New York
         October 2, 2025

                                         _____
                                         John G. Koeltl
                                         United States District Judge