

U.S. Department of Justice

Antitrust Division

*Liberty Square Building*

*450 5th Street, N.W.*
*Washington, DC 20530*

**Via ECF**
The Honorable John G. Koeltl                                        November 13, 2025
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St., Courtroom 14A
New York, NY 10007

Re:   *United States v. Visa, Inc., et al.*, Case No. 1:24-cv-07214 (JGK-SLC)

### NOTICE OF RESTORATION OF APPROPRIATIONS

Dear Judge Koeltl:

Attorneys from the United States Department of Justice represent Plaintiff, the United States of America, in this action. Pursuant to the Motion for Stay of Pleadings, ECF 115, and the Court's Order, ECF 116, the Department writes to notify the Court that Congressional funding has been restored.

As directed by the Court, Plaintiff has contacted counsel for Visa to begin discussions about appropriate adjustments to the case schedule resulting from the stay.

Respectfully submitted,

*/s/ Craig W. Conrath*
Craig W. Conrath
*Lead Trial Counsel*
United States Department of Justice
Antitrust Division
450 Fifth Street N.W., Suite 4000
Washington, DC 20530
Telephone: (202) 375-4843
Facsimile: (202) 514-7308
Email: Craig.Conrath@usdoj.gov

 *Attorney for Plaintiff*
 *United States of America*