UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      *Plaintiff,*<br><br>  v.<br><br>VISA INC.,<br><br>      *Defendant.* | Case No. 1:24-cv-07214-JGK-SLC |

*[Handwritten note: The parties should provide the next status report by February 13, 2026. So ordered. /s/ J. Koeltl, U.S.D.J. 1/20/26]*

### JOINT STATUS REPORT

Pursuant to the Proposed Joint Amended Scheduling and Case Management Order (ECF No. 119), the parties provide the following joint status report as to their negotiations regarding the data to be produced by Visa in discovery and appropriate deadlines for production. *Id.* ¶ 9. The parties previously provided joint status reports on the data negotiations on August 13, 2025 (ECF No. 105), September 9, 2025 (ECF No. 112), and September 26, 2025 (ECF No. 114). The parties are pleased to report substantial progress to the Court.

 By way of background, the United States has served on Visa multiple requests for production that seek large quantities of electronic data. Among these requests are (a) one request (RFP 35) for debit network data underlying Visa's Global Business Intelligence ("GBI") tool, and (b) three requests (RFPs 38, 39, and 40) for Debit Processing Service ("DPS") data, and (c) one request (RFP 93) for certain credit network data underlying Visa's GBI tool. The parties previously reported that they had concluded their discussions and come to agreement as to the scope and timing of Visa's DPS-related data productions. *See* ECF No. 105.

The parties are pleased to report that they have concluded their discussions as to the scope and timing of the requested GBI-related data productions for debit. As reflected in the Proposed Joint Amended Scheduling and Case Management Order, the parties have come to an agreement that Visa will produce the requested data (Clearing & Settlement, Fraud, and Authorization) for the month of September 2025 by February 20, 2026; Visa will produce the remaining requested Clearing & Settlement data by March 27, 2026; and Visa will produce the requested Active Cards, Fraud, and Authorization data for remaining months through end of August 2025 by May 29, 2026. *See* ECF No. 119 at 3.

The parties have also aligned on the general scope of credit GBI-related data to be produced in response to the government's request. The parties will continue to negotiate and update the Court by February 13, 2026.

DATED: January 16, 2026

Respectfully submitted,

By: /s/ Michele Trichler
Craig Conrath
Erin Murdock-Park
Bennett J. Matelson
Michele Trichler
Christopher Jackson
United States Department of Justice
Antitrust Division
450 Fifth Street, N.W., Suite 4000
Telephone: (202) 894-4266
Facsimile: (202) 514-7308
Craig.Conrath@usdoj.gov
Erin.Murdock-Park@usdoj.gov
Bennett.Matelson@usdoj.gov
Michele.Trichler@usdoj.gov
Christopher.Jackson5@usdoj.gov

*Counsel for Plaintiff, the United States*

By: /s/ Margaret A. Rogers
Margaret A. Rogers
ARNOLD & PORTER
  KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 836-7830
margaret.rogers@arnoldporter.com

Anne P. Davis (*admitted pro hac vice*)
Jonathan Ian Gleklen (*admitted pro hac vice*)
ARNOLD & PORTER
  KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, D.C. 20001
Telephone: (202) 942-6197
Facsimile: (202) 942-5999
anne.davis@arnoldporter.com
jonathan.gleklen@arnoldporter.com

Beth Wilkinson (SBN NY 2181592)
Brian Stekloff (admitted *pro hac vice*)
Kieran Gostin (SBN NY 4847653)
Roxana Guidero (admitted *pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@ wilkinsonstekloff.com
kgostin@ wilkinsonstekloff.com
rguidero@ wilkinsonstekloff.com

Jeremy Barber (SBN NY 5344304)
Anthony P. Ferrara (SBN NY 5656905)
WILKINSON STEKLOFF LLP
130 W 42nd Street, Floor 24
New York, NY 10036
Telephone: (212) 294-8910
jbarber@wilkinsonstekloff.com
aferrara@wilkinsonstekloff.com

*Counsel for Defendant Visa, Inc.*
