

**U.S. Department of Justice**

Antitrust Division

---

*Liberty Square Building*

*450 5th Street, N.W.*
*Washington, DC 20530*

**Via ECF**
The Honorable John G. Koeltl                                January 21, 2026
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St., Courtroom 14A
New York, NY 10007

      Re:    *United States v. Visa Inc.* Case No. 1:24-cv-07214 (JGK-SLC)

**LETTER FOR RULING ON PROPOSED JOINT AMENDED SCHEDULING AND CASE MANAGEMENT ORDER (ECF No. 119)**

Dear Judge Koeltl:

The parties write jointly pursuant to Individual Practice I(A) regarding the proposed Case Management Order filed on December 19, 2025 (ECF No. 119).

Your Honor has recently ruled on the private plaintiffs and Visa's Amended Rule 26(f) Report and Scheduling and Case Management Order (*In Re: Visa Debit Card Antitrust Litigation*, 24-cv-7435-JGK, ECF No. 184). During the October 7, 2025 Motion to Dismiss oral arguments for the private plaintiffs' case, Your Honor conveyed that parties should write the Court if a pending decision would facilitate case development. We respectfully suggest that a decision on the pending proposed Case Management Order in the United States' case against Visa would facilitate case development.

The United States and Visa are mostly aligned in their proposal but, for reasons outlined in the proposed order, have several outstanding areas of dispute, including the timing of fact discovery. A ruling on these disputed areas would help expedite the resolution of several ongoing discovery-related discussions and disputes between the parties.

The parties appreciate the Court's time and attention in this matter.

Respectfully submitted,

/s/  Craig W. Conrath
Craig W. Conrath
Bennett J. Matelson
Erin Murdock-Park
Chrisopher Jackson
Lauren Riker
Michele Trichler
United States Department of Justice
Antitrust Division
450 Fifth Street, N.W., Suite 4000
Telephone: (202) 532-4560
Facsimile: (202) 514-7308
Craig.Conrath@usdoj.gov
Bennett.Matelson@usdoj.gov
Erin.Murdock-Park@usdoj.gov
Christopher.Jackson5@usdoj.gov
Lauren.Riker@usdoj.gov
Michele.Trichler@usdoj.gov

*Counsel for Plaintiff, the United States*

/s/  Jeremy Barber
Beth Wilkinson (SBN NY 2181592)
Brian Stekloff (admitted *pro hac vice*)
Kieran Gostin (SBN NY 4847653)
Roxana Guidero (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
rguidero@wilkinsonstekloff.com

Jeremy Barber (SBN NY 5344304)
Anthony P. Ferrara (SBN NY 5656905)
**WILKINSON STEKLOFF LLP**
130 W 42nd Street, Floor 24
New York, NY 10036

2

(212) 294 8910
jbarber@wilkinsonstekloff.com
aferrara@wilkinsonstekloff.com

Anne P. Davis (*admitted pro hac vice*)
Jonathan Ian Gleklen (*admitted pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Avenue NW
Washington, D.C. 20001
Telephone: (202) 942-6197
Facsimile: (202) 942-5999
anne.davis@arnoldporter.com
jonathan.gleklen@arnoldporter.com

*Counsel for Defendant Visa Inc.*

CC: All Counsel of Record (via ECF)