February 6, 2026

**APPLICATION GRANTED**
**SO ORDERED**

2/6/26  /s/ John G. Koeltl
John G. Koeltl, U.S.D.J.

<u>VIA ECF</u>

Honorable John G. Koeltl
United States District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *United States of America v. Visa Inc.*, No. 1:24-cv-7214 (JGK)
             *In re: Visa Debit Card Antitrust Litig.*, No. 1:24-cv-7435 (JGK)

Dear Judge Koeltl:

    All parties in the two above-captioned related cases write jointly to provide a status update regarding a deposition protocol.

    In case management orders (CMOs) recently entered in both cases, the parties explained their intent to file, within two weeks of the CMOs' entries, Deposition Protocol and Coordination Orders to facilitate the coordination of discovery between the actions. *See* Case No. 1:24-cv-7435, Dkt. No. 184 ¶ 7(c) (Jan. 15, 2026); Case No. 1:24-cv-7214, Dkt. No. 123 ¶ 14 (Jan. 22, 2026). The parties have worked diligently and cooperatively to reach agreement on a Protocol and have narrowed existing disputes, but have not yet reached full agreement. The parties believe that with an extra week, they could narrow their disputes still further and perhaps reach consensus. Accordingly, the parties now intend to file a Deposition Protocol and Coordination Order in both matters within one week of this letter (February 13, 2026); if they are unable to reach consensus by that time, the parties will instead file a further status update by the same date.

                            Respectfully,

By: */s/ Craig Conrath*
Craigh Conrath
UNITED STATES DEPARTMENT OF
JUSTICE, ANTITRUST DIVISION
450 Fifth Street, N.W., Suite 4000
Telephone: (202) 894-4266
Facsimile: (202) 514-7308
Craig.conrath@usdoj.gov

*Counsel for Plaintiff, the United States*

*/s/ Brent W. Johnson*
Brent W. Johnson

*/s/ Margaret A. Rogers*
Margaret A. Rogers
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-6711
Margaret.Rogers@arnoldporter.com

Beth Wilkinson
Brian Stekloff
Kieran Gostin

WILKINSON STEKLOFF LLP

1

COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Eighth Floor
Washington, DC 20005
(202) 408-4600
bjohnson@cohenmilstein.com

/s/ Christopher L. Lebsock
Christopher L. Lebsock
HAUSFELD LLP
600 Montgomery Street
Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 633-4980
clebsock@hausfeld.com

*Co-Lead Counsel for Fee-Payor Plaintiffs and the Proposed Class*

/s/ Christoper J. Cormier
Christopher J. Cormier
BURNS CHAREST LLP
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Tel: (202) 577-3977
ccormier@burnscharest.com

/s/ Adam J. Zapala
Adam J. Zapala
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
azapala@cpmlegal.com

*Executive Committee Counsel for Fee-Payor Plaintiffs and the Proposed Class*

/s/ Richard M. Paul III
Richard M. Paul III
PAUL LLP
600 Broadway Boulevard, Suite 600
Kansas City, Missouri 64105

2001 M Street NW, 10th floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com

*Counsel for Defendant Visa, Inc.*

2

Telephone: (816) 984-8100
Rick@PaulLLP.com

*/s/ Joseph R. Saveri*
Joseph R. Saveri
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1505
San Fransico, California 94108
Telephone: (415) 500-6800
jsaveri@saverilawfirm.com

*/s/ Jason S. Hartley*
Jason S. Hartley
HARTLEY LLP
101 W. Broadway, Suite 820
San Diego, California 92101
Telephone: (619) 400-5822
hartley@hartleyllp.com

*Co-Lead Counsel for Cardholder Plaintiffs and the Proposed Class*