February 20, 2026

**VIA ECF**

Honorable John G. Koeltl
United States District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *United States of America v. Visa Inc.*, No. 1:24-cv-7214 (JGK)
             *In re: Visa Debit Card Antitrust Litig.*, No. 1:24-cv-7435 (JGK)

Dear Judge Koeltl:

      All parties in the two above-captioned related cases write jointly to provide a status update regarding a deposition protocol.

      Since the last status update filed on February 13, 2026, the parties have continued to work diligently and cooperatively to reach agreement on a Protocol. The parties have further narrowed existing disputes, but have not yet reached full agreement. The parties believe that extra time and the filing of amended complaints in the private case on or before next Friday, February 27, 2026, *see* Case No. 1:24-cv-7435, Dkt. No. 184, at 4, may clarify disputed issues, allowing the parties to perhaps reach consensus. Accordingly, the parties now intend to file Deposition Protocol and Coordination Orders within two weeks of this letter (March 6, 2026); if they are unable to reach consensus by that time, the parties will instead file a further status update by the same date.

      Respectfully,

| | |
|---|---|
| By: */s/ Christopher D. Jackson* | */s/ Margaret A. Rogers* |
| Christopher D. Jackson | Margaret A. Rogers |
| UNITED STATES DEPARTMENT OF JUSTICE, ANTITRUST DIVISION | ARNOLD & PORTER KAYE SCHOLER LLP |
| 450 Fifth Street, N.W., Suite 4000 | 250 West 55th Street |
| | New York, New York 10019 |
| Telephone: (202) 549-6183 | Telephone: (212) 836-8000 |
| Facsimile: (202) 514-7308 | Facsimile: (212) 836-6711 |
| Christopher.Jackson5@usdoj.gov | Margaret.Rogers@arnoldporter.com |
| *Counsel for Plaintiff, the United States* | */s/ Beth Wilkinson* |
| | Beth Wilkinson |
| */s/ Brent W. Johnson* | WILKINSON STEKLOFF LLP |
| Brent W. Johnson | 2001 M Street NW, 10th floor |
| COHEN MILSTEIN SELLERS & TOLL PLLC | Washington, DC 20036 |
| | Telephone: (202) 847-4000 |
| 1100 New York Ave. NW, Eighth Floor | Facsimile: (202) 847-4005 |

Washington, DC 20005
(202) 408-4600
bjohnson@cohenmilstein.com

bwilkinson@wilkinsonstekloff.com

*Counsel for Defendant Visa, Inc.*

*/s/ Christopher L. Lebsock*
Christopher L. Lebsock
HAUSFELD LLP
600 Montgomery Street
Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 633-4980
clebsock@hausfeld.com

*Co-Lead Counsel for Fee-Payor Plaintiffs and the Proposed Class*

*/s/ Christoper J. Cormier*
Christopher J. Cormier
BURNS CHAREST LLP
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Tel: (202) 577-3977
ccormier@burnscharest.com

*/s/ Adam J. Zapala*
Adam J. Zapala
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
azapala@cpmlegal.com

*Executive Committee Counsel for Fee-Payor Plaintiffs and the Proposed Class*

*/s/ Richard M. Paul III*
Richard M. Paul III
PAUL LLP
600 Broadway Boulevard, Suite 600
Kansas City, Missouri 64105
Telephone: (816) 984-8100
Rick@PaulLLP.com

*/s/ Joseph R. Saveri*
Joseph R. Saveri
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1505
San Fransico, California 94108
Telephone: (415) 500-6800
jsaveri@saverilawfirm.com

*/s/ Jason S. Hartley*
Jason S. Hartley
HARTLEY LLP
101 W. Broadway, Suite 820
San Diego, California 92101
Telephone: (619) 400-5822
hartley@hartleyllp.com

*Co-Lead Counsel for Cardholder Plaintiffs and the Proposed Class*