UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————

UNITED STATES OF AMERICA,

                    Plaintiff,                    24-cv-7214 (JGK)

        - against -                               ORDER

VISA, INC.,

                    Defendant.

———————————————————————

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a status conference

on **Thursday, April 2, 2026, at 11:30 a.m.** in Courtroom 14A,

500 Pearl Street, New York, NY.


SO ORDERED.

Dated:    New York, New York
          March 26, 2026

                                        John G. Koeltl
                            United States District Judge