# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    *Plaintiff,*

    v.

VISA INC.,

    *Defendant.*

Case No. 1:24-cv-07214-JGK-SLC

## [PROPOSED] ORDER GRANTING ADMISSION PRO HAC VICE

The motion of Alysha Bohanon for admission to practice *pro hac vice* in the above-captioned matter is granted.

Alysha Bohanon has declared that she is a member in good standing of the Bars of the State of Wisconsin and the District of Columbia; and that her contact information is as follows:

Alysha Bohanon
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
abohanon@wilkinsonstekloff.com

Alysha Bohanon having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Visa Inc. in the above-captioned matter;

**IT IS HEREBY ORDERED** that Alysha Bohanon is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

So ordered

*[signature]*
U.S.D.J.

3/27/26