**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>    v.<br><br>VISA INC.,<br><br>    *Defendant*. | Case No. 1:24-cv-07214-JGK-SLC |

## [PROPOSED] ORDER GRANTING ADMISSION PRO HAC VICE

The motion of Kosta S. Stojilkovic for admission to practice *pro hac vice* in the above-captioned matter is granted.

Kosta S. Stojilkovic has declared that he is a member in good standing of the Bars of the State of New York and the District of Columbia; and that his contact information is as follows:

Kosta S. Stojilkovic
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
kstojilkovic@wilkinsonstekloff.com

Kosta S. Stojilkovic having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Visa Inc. in the above-captioned matter;

**IT IS HEREBY ORDERED** that Kosta S. Stojilkovic is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED: _____          _____

United States District Court Judge

Hon. John G. Koeltl