**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>    v.<br><br>VISA INC.,<br><br>    *Defendant*. | Case No. 1:24-cv-07214-JGK-SLC |

**[PROPOSED] ORDER GRANTING**
**MOTION FOR WITHDRAWAL OF ANTHONY P. FERRARA AS COUNSEL**

The Motion for Withdrawal of Anthony P. Ferrara as counsel for Defendant Visa Inc. is

hereby **GRANTED**.

DATED: _____

_____

United States District Court Judge
Hon. John G. Koeltl