**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     *Plaintiff,*<br><br>  v.<br><br>VISA INC.,<br><br>     *Defendant.* | Case No. 1:24-cv-07214-JGK-SLC |

## STATUS REPORT REGARDING DATA

Pursuant to the Status Report submitted to the Court on March 20, 2026, (ECF No. 135), the parties provide the following further status report on their negotiations regarding the data to be produced by Visa in discovery. As discussed during the April 2, 2026 hearing (ECF No. 138), the Government is seeking a copy of portions of Visa's data for the Government to run its own analysis. It is a complicated process to extract the type of data the Government is requesting, and, among other things, Visa has written specialized code in an effort to extract the data.

As of this week, Visa has produced the agreed-upon clearing and settlement data other than certain fields about which the parties are continuing to negotiate a resolution. Visa has also provided responses to the Government's outstanding questions regarding Visa's production challenges. The parties have scheduled another call next week with their respective technical personnel to discuss among other things, how to deal with the fields in question and confirm the Government's understanding of Visa's responses to its questions regarding Visa's data productions.  The parties are also working together to determine whether the validation issues

1

described in previous status reports will affect the production schedule for the remaining agreed-upon data.

To further the goal of efficiently and expeditiously resolving these data collection issues, the parties will continue to confer and intend to update the Court by April 17, 2026. If necessary, one or both parties will seek relief from the Court.

Dated: April 10, 2026

By:     /s/ Michele Trichler
Michele Trichler
Craig Conrath
Erin Murdock-Park
Bennett J. Matelson
Lauren Riker
United States Department of Justice
Antitrust Division
450 Fifth Street, N.W., Suite 4000
Telephone: (202) 394-5211
Facsimile: (202) 514-7308
Michele.Trichler@usdoj.gov
Craig.Conrath@usdoj.gov
Erin.Murdock-Park@usdoj.gov
Bennett.Matelson@usdoj.gov
Lauren.Riker@usdoj.gov

*Counsel for Plaintiff, the United States*

Respectfully submitted,

By:     /s/ Margaret A. Rogers
Margaret A. Rogers
ARNOLD & PORTER
  KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019
Telephone:  (212) 836-7830
margaret.rogers@arnoldporter.com

Anne P. Davis (*admitted pro hac vice*)
Jonathan Ian Gleklen (*admitted pro hac vice*)
ARNOLD & PORTER
  KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, D.C. 20001
Telephone: (202) 942-6197
Facsimile: (202) 942-5999
anne.davis@arnoldporter.com
jonathan.gleklen@arnoldporter.com

Beth Wilkinson (SBN NY 2181592)
Brian Stekloff (admitted *pro hac vice*)
Kieran Gostin (SBN NY 4847653)
Roxana Guidero (admitted *pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@ wilkinsonstekloff.com
kgostin@ wilkinsonstekloff.com

rguidero@ wilkinsonstekloff.com

Jeremy Barber (SBN NY 5344304)
Anthony P. Ferrara (SBN NY 5656905)
WILKINSON STEKLOFF LLP
130 W 42nd Street, Floor 24
New York, NY 10036
Telephone: (212) 294-8910
jbarber@wilkinsonstekloff.com
aferrara@wilkinsonstekloff.com

*Counsel for Defendant Visa, Inc.*