UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>VISA INC.,<br><br>*Defendant.* | Case No. 1:24-cv-07214-JGK-SLC |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Civil Rule 1.4, the undersigned counsel respectfully moves this Court for an order granting leave to withdraw as counsel of record for Plaintiff United States of America. The United States will continue to be represented by counsel who have entered appearances in this case.

Date: April 7, 2026

APPLICATION GRANTED
SO ORDERED

_____
John G. Koeltl, U.S.D.J.

4/14/26

Respectfully submitted,

/s/ Robert Patrick Vance, Jr.
Robert Patrick Vance, Jr.
United States Department of Justice
Antitrust Division
450 Fifth Street N.W., Suite 4000
Washington, DC 20530
Telephone: (202) 674-4758
Robert.vance@usdoj.gov

*Attorney for Plaintiff United States of America*

## **CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing with the Clerk of Court using the

CM/ECF system, which will notify all counsel and parties of record of this filing.


Date: April 7, 2026                                    */s/ Robert Patrick Vance, Jr.*
                                                       Robert Patrick Vance, Jr.