**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff,*<br><br>  v.<br><br>VISA INC.,<br><br>        *Defendant.* | Case No. 1:24-cv-07214-JGK-SLC |

**STATUS REPORT REGARDING DATA**

Pursuant to the Status Report submitted to the Court on April 10, 2026, (ECF No. 149), the parties provide the following further status report on their negotiations regarding the data to be produced by Visa in discovery. As discussed last week, (ECF No. 149), Visa has produced the agreed-upon clearing and settlement data other than certain fields. The parties are continuing to negotiate and anticipate reaching resolution soon. The parties will update the Court by May 15, 2026. If necessary, one or both parties will seek relief from the Court.

Dated: April 17, 2026

By: /s/ Michele Trichler
Michele Trichler
Craig Conrath
Erin Murdock-Park
Bennett J. Matelson
Lauren Riker
United States Department of Justice
Antitrust Division
450 Fifth Street, N.W., Suite 4000
Telephone: (202) 394-5211
Facsimile: (202) 514-7308

Respectfully submitted,

By: /s/ Margaret A. Rogers
Margaret A. Rogers
ARNOLD & PORTER
  KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 836-7830
margaret.rogers@arnoldporter.com

Anne P. Davis (*admitted pro hac vice*)
Jonathan Ian Gleklen (*admitted pro hac vice*)

1

Michele.Trichler@usdoj.gov
Craig.Conrath@usdoj.gov
Erin.Murdock-Park@usdoj.gov
Bennett.Matelson@usdoj.gov
Lauren.Riker@usdoj.gov

*Counsel for Plaintiff, the United States*

ARNOLD & PORTER
  KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, D.C. 20001
Telephone: (202) 942-6197
Facsimile: (202) 942-5999
anne.davis@arnoldporter.com
jonathan.gleklen@arnoldporter.com

Beth Wilkinson (SBN NY 2181592)
Brian Stekloff (admitted *pro hac vice*)
Kieran Gostin (SBN NY 4847653)
Roxana Guidero (admitted *pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@ wilkinsonstekloff.com
kgostin@ wilkinsonstekloff.com
rguidero@ wilkinsonstekloff.com

Jeremy Barber (SBN NY 5344304)
Anthony P. Ferrara (SBN NY 5656905)
WILKINSON STEKLOFF LLP
130 W 42nd Street, Floor 24
New York, NY 10036
Telephone: (212) 294-8910
jbarber@wilkinsonstekloff.com
aferrara@wilkinsonstekloff.com

*Counsel for Defendant Visa Inc.*

2