**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff,* | |
| v. | Case No. 1:24-cv-07214-JGK-SLC |
| VISA INC., | |
| *Defendant.* | |

**STATUS REPORT REGARDING DATA**

Pursuant to the Status Report submitted to the Court on April 17, 2026, (ECF No. 152), the parties provide the following further status report on their negotiations regarding the data to be produced by Visa in discovery. Since the last report, Visa has begun producing the agreed-upon authorization data on a rolling basis and is working on producing the agreed-upon active cards and fraud data in anticipation of the upcoming May 29, 2026 deadline.

As the parties reported on April 10, 2026, (ECF No. 149), Visa has produced the agreed-upon clearing and settlement data other than certain fields. The United States has agreed to accept several proposed field substitutes by Visa and drop the remaining requests for almost all of the fields at issue[1] based on Visa's representations. Among those representations, Visa informed the United States that Visa currently intends for its expert(s) to use the same static database ("AIM") for clearing and settlement ("C&S") data as it used to produce data out to the United States (*i.e.*, Visa would not use a substitute clearing and settlement data source that would

---

[1] The parties anticipate reaching resolution on remaining fields shortly.

include the fields at issue). While Visa intends at this time that its experts will use AIM as the source of C&S data, it reserves all rights to respond to the United States' expert reports as appropriate. Visa has also represented that while it could try to revise the coding used to extract C&S data in-house, doing so would require that Visa re-do the complete C&S data extractions in-house even though its external consultants have already produced what Visa views as sufficient C&S data to the parties. Visa has represented that undertaking that work for the sole purpose of adding a handful of fields to the voluminous datasets already produced would be unduly burdensome. The United States reserves all rights to respond to Visa's expert reports as appropriate, including renewal of its requests for the missing, previously agreed-upon fields. Visa reserves all rights to object to any such renewed request.

The parties will continue to work together on discovery relating to data and will update the Court by June 19, 2026.

Dated: May 15, 2026                              Respectfully submitted,

By:   /s/ Michele Trichler                       By:   /s/ Margaret A. Rogers
Michele Trichler                                 Margaret A. Rogers
Craig Conrath                                    ARNOLD & PORTER
Erin Murdock-Park                                  KAYE SCHOLER LLP
Bennett J. Matelson                              250 West 55th Street
Lauren Riker                                     New York, New York 10019
United States Department of Justice              Telephone: (212) 836-7830
Antitrust Division                               margaret.rogers@arnoldporter.com
450 Fifth Street, N.W., Suite 4000
Telephone: (202) 394-5211                        Anne P. Davis (*admitted pro hac vice*)
Facsimile: (202) 514-7308                        Jonathan Ian Gleklen (*admitted pro hac vice*)
Michele.Trichler@usdoj.gov                       ARNOLD & PORTER
Craig.Conrath@usdoj.gov                            KAYE SCHOLER LLP
Erin.Murdock-Park@usdoj.gov                      601 Massachusetts Avenue NW
Bennett.Matelson@usdoj.gov                       Washington, D.C. 20001
Lauren.Riker@usdoj.gov                           Telephone: (202) 942-6197
                                                 Facsimile: (202) 942-5999

*Counsel for Plaintiff, the United States*

anne.davis@arnoldporter.com
jonathan.gleklen@arnoldporter.com

Beth Wilkinson (SBN NY 2181592)
Brian Stekloff (admitted *pro hac vice*)
Kieran Gostin (SBN NY 4847653)
Roxana Guidero (admitted *pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@ wilkinsonstekloff.com
kgostin@ wilkinsonstekloff.com
rguidero@ wilkinsonstekloff.com

Jeremy Barber (SBN NY 5344304)
Anthony P. Ferrara (SBN NY 5656905)
WILKINSON STEKLOFF LLP
130 W 42nd Street, Floor 24
New York, NY 10036
Telephone: (212) 294-8910
jbarber@wilkinsonstekloff.com
aferrara@wilkinsonstekloff.com

*Counsel for Defendant Visa, Inc.*

3