**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

    *Plaintiff,*

    v.

VISA INC.,

    *Defendant.*

Case No. 1:24-cv-07214-JGK-SLC

---

## [PROPOSED] ORDER AMENDING SCHEDULING AND CASE MANAGEMENT ORDER

WHEREAS, the United States of America (the "United States" or "Government") and Visa Inc. ("Visa") (together, the "Parties") have continued to discuss effective case management with the goal of promoting efficiency during fact discovery, particularly during depositions;

WHEREAS, the Parties have met and conferred and agreed, subject to Court approval, to the below amendments to the Joint Amended Scheduling and Case Management Order of January 22, 2026 ("Scheduling Order"), ECF No. 123:

- **Updated Preliminary Fact Witness List:** Section 8 of the Scheduling Order shall be amended to permit the Parties to exchange updated preliminary fact witness lists on August 19, 2026.

- **Final Witness Lists**: Section 10(c) of the Scheduling Order concerning Final Witness Lists shall be withdrawn and replaced with the following: "Each Party shall provide a final witness list 12 weeks before trial. No more than 30 persons, excluding experts, may be included on each final witness list. The witnesses included on each final witness list shall be limited to those witnesses previously included on the Party's updated preliminary fact witness list, except that up to 7 names on the final witness list

Case 1:24-cv-07214-JGK    Document 164-2    Filed 06/15/26    Page 2 of 3

may be witnesses that were not included in the updated preliminary fact witness list, provided that those witnesses were deposed during the fact discovery period. Additionally, the Parties may include other substitutions or amendments for good cause or on the agreement of the Parties.  The Parties agree that it shall constitute good cause to modify the final witness list to replace or remove a witness if that witness departs from the company that employed the witness at the time of their deposition.  If, based on agreement or good cause, any new fact witnesses are added to a final trial witness list who were not on any Party's updated preliminary fact witness list and were not previously subject to custodial discovery or deposed, the Parties agree to negotiate in good faith as to whether additional document discovery related to those witnesses or depositions of those witnesses may be appropriate."

The Parties appreciate the Court's consideration of this proposed Order.

DATED: June 15, 2026

By: */s/ Michele Trichler*

Craig Conrath
Bennett J. Matelson
Erin Murdock-Park
Michele Trichler
United States Department of Justice
Antitrust Division
450 Fifth Street, N.W., Suite 4000
Telephone: (202) 894-4266
Facsimile: (202) 514-7308
Craig.Conrath@usdoj.gov
Bennett.Matelson@usdoj.gov
Erin.Murdock-Park@usdoj.gov
Michele.Trichler@usdoj.gov

*Counsel for Plaintiff the United States*

Respectfully submitted,

*/s/ Kieran Gostin*

**WILKINSON STEKLOFF LLP**

Kieran Gostin (SBN NY 4847653)
Beth Wilkinson (SBN NY 2181592)
Brian Stekloff (admitted *pro hac vice*)
Kosta Stojilkovic (admitted *pro hac vice*)
Roxana Guidero (admitted *pro hac vice*)
Alysha Bohanon (admitted *pro hac vice*)
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
kgostin@wilkinsonstekloff.com
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
kstojilkovic@wilkinsonstekloff.com
rguidero@wilkinsonstekloff.com
abohanon@wilkinsonstekloff.com

2

Case 1:24-cv-07214-JGK    Document 164-2    Filed 06/15/26    Page 3 of 3

Jeremy S. Barber (SBN NY 5344304)
130 W 42nd Street, Floor 24
New York, NY 10036
Tel. (212) 294-8910
Fac. (202) 847-4005
jbarber@wilkinsonstekloff.com

**ARNOLD & PORTER KAYE SCHOLER LLP**

Margaret A. Rogers (SBN NY 4647087)
250 West 55th Street
New York, NY 10019
Tel. (212) 836-8000
margaret.rogers@arnoldporter.com

Anne P. Davis (admitted *pro hac vice*)
Robert Katerberg (admitted *pro hac vice*)
601 Massachusetts Avenue NW
Washington, D.C. 20001
Tel. (202) 942-5000
anne.davis@arnoldporter.com
robert.katerberg@arnoldporter.com

*Counsel for Defendant Visa Inc.*

SO ORDERED:

_____
U.S.D.J.

6/16/26

3