**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

        *Plaintiff,*

    v.

VISA, INC.,

        *Defendant.*

Case No. 1:24-cv-07214-JGK

### MOTION TO WITHDRAW

Pursuant to Local Civil Rule 1.4(b), the undersigned counsel respectfully moves this Court for an order granting leave to withdraw as counsel of record for Plaintiff United States of America. The undersigned is departing the U.S. Department of Justice Antitrust Division on June 18, 2026. The United States will continue to be represented by counsel who have entered appearances in this case.

Dated: June 17, 2026

Respectfully submitted,

*/s/ Jessica N. Leal*

Jessica N. Leal
U.S. Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 4000
Washington, DC 20530
Telephone: (202) 370-0720
Facsimile: (202) 514-7308
Jessica.leal@usdoj.gov

*Counsel for the United States of America*

## **CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will notify all counsel and parties of record of this filing, including counsel who continue to represent the United States in this matter.


Dated: June 17, 2026                                              */s/ Jessica N. Leal*
                                                                            Jessica N. Leal