UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                  Plaintiff,

      - against -

VISA, INC.,

                  Defendant.

24-cv-7214 (JGK)

Order

---

**John G. Koeltl, District Judge:**

The parties are directed to appear, by telephone, for a conference in connection with the Government's motion to compel (ECF No. 167) on **Thursday, July 2, 2026, at 12:00 p.m.**

Dial-in: 646 453-4442, with Conference ID 675 278 33#.

SO ORDERED.

Dated:     New York, New York
          June 26, 2026

                             John G. Koeltl
                 United States District Judge