UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

               Plaintiff,

    - against -

VISA, INC.,

               Defendant.

24-cv-7214 (JGK)

Order

**John G. Koeltl, District Judge:**

    For the reasons stated on the record at the telephone conference held today, the Government's motion to compel (ECF No. 167) is **denied**. The Clerk is respectfully requested to close ECF No. 167.

SO ORDERED.

Dated:    New York, New York
           July 2, 2026

                               John G. Koeltl
                       United States District Judge