**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**- against -**

**VISA, INC.,**

**Defendant.**

**24-cv-7214 (JGK)**

---

**IN RE:**
**VISA DEBIT CARD ANTITRUST LITIGATION**

**24-cv-7435 (JGK)**

**Order**

---

**John G. Koeltl, District Judge:**

Visa, the Government, and the private plaintiffs agree that an extension of the current discovery deadline is required. But, unlike previous correspondence with the Court, the current correspondence is riddled with explicit and implicit accusations of unreasonableness. The Court will therefore refer the current dispute to Magistrate Judge Cave for a ruling on the request for an extension of the discovery deadline and its parameters.

**SO ORDERED.**

**Dated:** **New York, New York**
**August 18, 2026**

**/s/ John G. Koeltl**
**John G. Koeltl**
**United States District Judge**