UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

-v-

VISA INC.,

Defendant.

CIVIL ACTION NO.: 24 Civ. 7214 (JGK) (SLC)

IN RE:

VISA DEBIT CARD ANTITRUST LITIGATION

CIVIL ACTION NO.: 24 Civ. 7435 (JGK) (SLC)

**TELEPHONE CONFERENCE SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On August 18, 2026, the following actions were referred to the undersigned for the pending motions to extend the time to complete discovery (the "Motions"):

- No. 24 Civ. 7214 (S.D.N.Y.) ("First Action"); and
- No. 24 Civ. 7435 (S.D.N.Y.) ("Second Action") (together, the "Actions").

(First Action, Dkt. No. 194; Second Action, Dkt. No. 262).

A telephone conference with counsel for all parties in the Actions to discuss the Motions (First Action, Dkt. No. 190; Second Action, Dkt. No. 256) is scheduled for **August 28, 2026 at 2:00 p.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated: New York, New York
August 19, 2026

SO ORDERED.

SARAH L. CAVE
United States Magistrate Judge