September 2, 2026

**VIA ECF**

Honorable John G. Koeltl
United States District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States of America v. Visa Inc.*, No. 1:24-cv-7214 (JGK)
*In re: Visa Debit Card Antitrust Litig.*, No. 1:24-cv-7435 (JGK)

Dear Judge Koeltl:

All parties in the two above-captioned related cases submit this joint letter. The Court recently referred an issue relating to the discovery deadlines in these cases to Magistrate Judge Cave. ECF No. 194 in *United States v. Visa*; ECF No. 262 in *In re Visa Debit*. The parties now request that the Court expand the referral to Magistrate Judge Cave in order to conserve resources, to promote judicial efficiency, and achieve a faster disposition of this matter. Because the parties have different views on the appropriate scope of that referral, however, each sets forth its respective position below.

*United States*: The United States respectfully requests that the Court refer all further fact discovery disputes to Magistrate Judge Cave. Magistrate Judge Cave has suggested the parties request the Court refer to her additional authority to oversee and conduct regular conferences with the parties about the scheduling of depositions. She also indicated her willingness and availability to work with the parties on broader issues, if requested. The United States will continue to work with Visa to minimize disputes, but with the conclusion of fact discovery rapidly approaching additional disputes may arise with respect to depositions, written discovery, document productions, 30(b)(6) scope, and privilege logs, among other items. The United States respectfully suggests that having regular meetings with Magistrate Judge Cave, who would be familiar with the scope of the parties' discovery procedures, could effectively assist the parties' (including the private plaintiffs') with conserving resources and efficiently concluding fact discovery. Indeed, having regularly scheduled conferences before a magistrate judge often has the salutary effect of causing most disputes to be resolved before the scheduled conference.

*Private Plaintiffs*: Private Plaintiffs agree with the United States. Moreover, the needless parsing exercise Visa proposes would be inefficient and might even invite motion practice as to the proper forum for disputes that encompass both deposition scheduling and related discovery matters. Private Plaintiffs therefore respectfully request that the Court refer all further fact discovery disputes, including those about the schedule, to Magistrate Judge Cave without limiting her ability to resolve those disputes efficiently.

*Visa*: Visa requests that Your Honor refer to Magistrate Judge Cave oversight regarding any deposition scheduling issues, which are closely related to the discovery deadline issue the

Court previously referred. As Plaintiffs note, the suggestion from Magistrate Judge Cave was to request a referral enabling her to address deposition scheduling issues on a continuing basis. Visa agrees this would be productive and helpful. However, a general referral of any and all future discovery disputes that may hypothetically arise is unnecessary at this time. The parties have effectively sorted out a variety of discovery issues on their own without need for judicial intervention. Visa is unaware of any discovery disputes that presently require this Court's or Magistrate Judge Cave's attention. If such disputes arise in the future, referral of them will be available as an option at that time.

The parties appreciate the Court's time and attention in this matter.

Respectfully,

By: */s/ Michele Trichler*
Michele Trichler
UNITED STATES DEPARTMENT OF JUSTICE, ANTITRUST DIVISION
450 Fifth Street, N.W., Suite 4000
Telephone: (202) 394-5211
Facsimile: (202) 514-7308
Michele.Trichler@usdoj.gov

*Counsel for Plaintiff, the United States*

*/s/ Brent W. Johnson*
Brent W. Johnson
COHEN MILSTEIN SELLERS & TOLL LLP
1100 New York Ave. NW, Eighth Floor
Washington, DC 20005
(202) 408-4600
bjohnson@cohenmilstein.com

*/s/ Christopher L. Lebsock*
Christopher L. Lebsock
HAUSFELD LLP
600 Montgomery Street
Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 633-4980
clebsock@hausfeld.com

*/s/ Margaret A. Rogers*
Margaret A. Rogers
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-6711
Margaret.Rogers@arnoldporter.com

*/s/ Kiernan Gostin*
Kieran Gostin
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
kgostin@wilkinsonstekloff.com

*Counsel for Defendant Visa, Inc.*

*Co-Lead Counsel for Merchant Plaintiffs and the Proposed Class*

*/s/ Christopher J. Cormier*
Christopher J. Cormier
BURNS CHAREST LLP
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Tel: (202) 577-3977
ccormier@burnscharest.com

*/s/ Adam J. Zapala*
Adam J. Zapala
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
azapala@cpmlegal.com

*Executive Committee Counsel for Merchant Plaintiffs and the Proposed Class*

*/s/ Richard M. Paul III*
Richard M. Paul III
PAUL LLP
600 Broadway Boulevard, Suite 600
Kansas City, Missouri 64105
Telephone: (816) 984-8100
Rick@PaulLLP.com

*/s/ Joseph R. Saveri*
Joseph R. Saveri
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1505
San Fransico, California 94108
Telephone: (415) 500-6800
jsaveri@saverilawfirm.com

*/s/ Jason S. Hartley*
Jason S. Hartley
HARTLEY LLP
101 W. Broadway, Suite 820
San Diego, California 92101
Telephone: (619) 400-5822

hartley@hartleyllp.com

*Co-Lead Counsel for Cardholder Plaintiffs and the Proposed Class*