Case 1:24-cv-07214-JGK-SLC Document 201 Filed 09/02/26 Page 1 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>VISA INC.<br>Defendant. | Case No.: 1:24-cv-7214-JGK-SLC |

**~~[PROPOSED]~~ ORDER AMENDING SCHEDULING AND CASE MANAGEMENT ORDER**

WHEREAS, the United States of America (the "United States" or "Government") and Visa Inc. ("Visa") (together, the "Parties") have participated in a telephonic conference with Magistrate Judge Cave on August 28, 2026.

WHEREAS Magistrate Judge Cave ordered the parties submit a revised case management schedule.

WHEREAS, the Parties have met and conferred and agreed, subject to Court approval, to the below amendments to the Joint Amended Scheduling and Case Management Order of January 22, 2026, ECF No. 123, and the Amended Scheduling and Case Management Order, ECF. No. 166:

8. **Case Schedule.** The Parties have come to agreement on amending the case schedule as follows:

| Event | Deadline Under ECF No. 123 | Revised Deadline |
|---|---|---|
| Completion of all outstanding party document production[1] and exchange of associated privilege logs | N/A | September 30, 2026 |

[1] Document discovery does not include (1) data discovery or (2) production in response to Request for Production 94 for the purposes of this schedule. Also excluded are documents that are the subject of unresolved third-party objections, for example, where third parties have received notice of reproduction pursuant to applicable protective orders in other litigations and third parties have lodged objections that are not yet resolved. Parties shall use best efforts to

| | | |
|---|---|---|
| Close of fact discovery | October 16, 2026 | January 29, 2027 |
| Plaintiff United States to identify expert witnesses and topics for each expert | October 16, 2026 | January 29, 2027 |
| Visa to identify expert witnesses and topics for each expert | November 17, 2026 | March 2, 2027 |
| Plaintiff United States to serve initial expert report(s) | December 8, 2026 | March 23, 2027 |
| Plaintiff United States to identify reply experts and topics for each expert | December 22, 2026 | April 6, 2027 |
| Visa to serve rebuttal expert report(s) | January 25, 2027 | May 11, 2027 |
| Plaintiff United States to serve reply expert report(s) | February 25, 2027 | June 11, 2027 |
| Close of expert discovery | April 8, 2027 | July 23, 2027 |
| Motions for summary judgment and *Daubert* motions filed | May 6, 2027 | August 20, 2027 |
| Oppositions to motions for summary judgment and *Daubert* motions filed | June 3, 2027 | September 17, 2027 |
| Replies concerning motions for summary judgment or *Daubert* motions filed | June 17, 2027 | October 1, 2027 |
| Parties exchange final witness lists | 12 weeks before trial | 12 weeks before trial |
| Parties exchange initial exhibit lists, and opening deposition designations | 12 weeks before trial | 12 weeks before trial |
| Parties to reach agreement and propose to the Court a protocol regarding confidentiality of materials to be used at trial, including non-party documents | 12 weeks before trial | 12 weeks before trial |
| Each Party exchanges its objections to the other side's exhibits and deposition designations and its deposition counter designations | 8 weeks before trial | 8 weeks before trial |
| Parties exchange final exhibit lists | 6 weeks before trial | 6 weeks before trial |
| Motions *in limine* filed | 6 weeks before trial | 6 weeks before trial |

issue notice to third parties in time to receive third-party objections before September 30, 2026. Additionally, in the interest of clarity, the parties understand that this is the deadline to which the Court referred when it ordered that "all parties in both Actions shall complete all document discovery by September 30, 2026," *see* ECF No. 200, and the parties understand that order to be no broader in scope than the deadline included in this updated Case Management Order.

Case 1:24-cv-07214-JGK-SLC Document 201 Filed 09/03/26 Page 3 of 3

| | | |
|---|---|---|
| Each Party exchanges its objections to the other side's deposition counter-designations and its counter-counter-designations | 5 weeks before trial | 5 weeks before trial |
| Oppositions to motions *in limine* filed | 4 weeks before trial | 4 weeks before trial |
| Joint Pretrial Order Deadline | 4 weeks before trial | 4 weeks before trial |
| Pre-trial briefs filed | 3 weeks before trial | 3 weeks before trial |
| Proposed findings of fact and conclusions of law filed | 3 weeks before trial | 3 weeks before trial |
| Hearing regarding any disputes raised in pre-trial submissions by Parties and nonparties, including motions in limine | 2 weeks before trial | 2 weeks before trial |
| Final pre-trial conference | 2 weeks before trial | 2 weeks before trial |
| Trial begins | Date to be determined by Court | Date to be determined by Court |

**SO ORDERED.**

**Dated: New York, New York**
**September 3, 2026**

**/s/ John G. Koeltl**
**John G. Koeltl**
**United States District Judge**