**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**- against -**

**VISA, INC.,**

**Defendant.**

**24-cv-7214 (JGK)**

**IN RE:**
**VISA DEBIT CARD ANTITRUST LITIGATION**

**24-cv-7435 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The Court will refer deposition scheduling disputes to Magistrate Judge Cave. The parties are encouraged to continue to work together to resolve discovery disputes. If this proves unworkable, a broader reference may be necessary.

**SO ORDERED.**

**Dated:** **New York, New York**
**September 3, 2026**

**/s/ John G. Koeltl**
**John G. Koeltl**
**United States District Judge**