The Court is in receipt of the parties' letter dated September 16, 2026 filed in United States Of America v. Visa Inc., No. 24 Civ. 7214 (S.D.N.Y.) (the "DOJ Action") and In re: Visa Debit Card Antitrust Litigation, No. 24 Civ. 7435 (S.D.N.Y.) (the "Private Actions," with the DOJ Action, the "Actions")). (DOJ Action, Dkt. No. 208; Private Actions, Dkt. No. 286). The parties' request to adjourn the telephone conference scheduled for September 18, 2026 at 4:15 p.m. ET is **GRANTED**. The telephone conference scheduled for September 18, 2026 at 4:15 p.m. ET is **ADJOURNED** to **September 25, 2026 at 4:00 p.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time. By **September 23, 2026 at 5:00 p.m. ET**, the parties in both Actions shall file a joint letter providing a status of scheduling depositions and identifying any other ripe scheduling issues.

SO ORDERED. September 16, 2026

SARAH L. CAVE
United States Magistrate Judge

September 16, 2026

**BY ECF**

Honorable Sarah L. Cave
United States District Court
for the Southern District of New York
Daniel Patrick Moynihan Courthouse,
Room 1670
500 Pearl Street
New York, NY 10007

Re: *United States of America v. Visa Inc.*, No. 1:24-cv-7214 (JGK)
*In re: Visa Debit Card Antitrust Litig.*, No. 1:24-cv-7435 (JGK)

Dear Judge Cave:

All parties in the two above-captioned related cases submit this joint letter concerning the September 18, 2026 status conference. Since our last conference on August 28, 2026, the parties have worked cooperatively and in good faith to schedule third party and party depositions. The parties have reached agreements on the scheduling of most Visa depositions (subject to Visa's objection to the duplicative nature of the requested depositions and reservation of rights), and are working to resolve the calendaring of the remaining Visa depositions. The parties believe that extra time may narrow disputed issues, allowing the parties to perhaps reach consensus. Accordingly, the parties respectfully request the status conference be tentatively rescheduled next week at a time convenient to the Court; the parties will file a further status update 48 hours in advance of the newly scheduled call to inform the Court whether there are any issues to discuss.

The parties appreciate the Court's time and attention in this matter.

Respectfully,

By: */s/ Michele Trichler*
Michele Trichler
UNITED STATES DEPARTMENT OF JUSTICE, ANTITRUST DIVISION
450 Fifth Street, N.W., Suite 4000
Telephone: (202) 394-5211
Facsimile: (202) 514-7308
Michele.Trichler@usdoj.gov

*Counsel for Plaintiff, the United States*

*/s/ Margaret A. Rogers*
Margaret A. Rogers
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-6711
Margaret.Rogers@arnoldporter.com

*/s/ Kieran Gostin*
Kieran Gostin
WILKINSON STEKLOFF LLP

*/s/ Brent W. Johnson*

Brent W. Johnson
COHEN MILSTEIN SELLERS & TOLL LLP
1100 New York Ave. NW, Eighth Floor
Washington, DC 20005
(202) 408-4600
bjohnson@cohenmilstein.com

*/s/ Christopher L. Lebsock*
Christopher L. Lebsock
HAUSFELD LLP
600 Montgomery Street
Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 633-4980
clebsock@hausfeld.com

*Co-Lead Counsel for Fee-Payor Plaintiffs and the Proposed Class*

*/s/ Christopher J. Cormier*
Christopher J. Cormier
BURNS CHAREST LLP
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Tel: (202) 577-3977
ccormier@burnscharest.com

*/s/ Adam J. Zapala*
Adam J. Zapala
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
azapala@cpmlegal.com

*Executive Committee Counsel for Fee-Payor Plaintiffs and the Proposed Class*

*/s/ Richard M. Paul III*

2001 M Street NW, 10th floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
kgostin@wilkinsonstekloff.com

*Counsel for Defendant Visa, Inc.*

Richard M. Paul III
PAUL LLP
600 Broadway Boulevard, Suite 600
Kansas City, Missouri 64105
Telephone: (816) 984-8100
Rick@PaulLLP.com

*/s/ Joseph R. Saveri*
Joseph R. Saveri
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1505
San Fransico, California 94108
Telephone: (415) 500-6800
jsaveri@saverilawfirm.com

*/s/ Jason S. Hartley*
Jason S. Hartley
HARTLEY LLP
101 W. Broadway, Suite 820
San Diego, California 92101
Telephone: (619) 400-5822
hartley@hartleyllp.com

*Co-Lead Counsel for Cardholder Plaintiffs*
*and the Proposed Class*