**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

*Plaintiff,*

v.

VISA INC.,

*Defendant.*

Case No. 1:24-cv-07214-JGK-SLC

**STATUS REPORT REGARDING DATA**

Pursuant to the Status Report submitted to the Court on September 25, 2026, (ECF No. 212), the parties provide the following further status report on their negotiations regarding the data to be produced by Visa in discovery. Since the last report, Visa has continued to produce data responsive to the United States' requests, in addition to responding to the government's informal data questions.

The parties reached agreement on the scope of Visa data (both credit and debit) to be produced to resolve all outstanding data requests by the United States. Visa represents that it is working to produce the remaining relevant debit data before November 19. Visa has cautioned the United States that operational constraints tied to the year-end peak season will significantly limit its ability to produce certain data between November 19 and mid-January. The United States has notified Visa of its objection to any further delays in receiving the responsive data.

The parties will continue to work together on outstanding data discovery and will update the Court no later than November 13, 2026, as to the status of the data production.

Dated: October 30, 2026

Respectfully submitted,

By: /s/ Michele Trichler
Michele Trichler
Craig Conrath
Erin Murdock-Park
Bennett J. Matelson
Lauren Riker
United States Department of Justice
Antitrust Division
450 Fifth Street, N.W., Suite 4000
Telephone: (202) 394-5211
Facsimile: (202) 514-7308
Michele.Trichler@usdoj.gov
Craig.Conrath@usdoj.gov
Erin.Murdock-Park@usdoj.gov
Bennett.Matelson@usdoj.gov
Lauren.Riker@usdoj.gov

*Counsel for Plaintiff, the United States*

By: /s/ Margaret A. Rogers
Margaret A. Rogers
ARNOLD & PORTER
KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 836-7830
margaret.rogers@arnoldporter.com

Anne P. Davis (*admitted pro hac vice*)
Jonathan Ian Gleklen (*admitted pro hac vice*)
ARNOLD & PORTER
KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, D.C. 20001
Telephone: (202) 942-6197
Facsimile: (202) 942-5999
anne.davis@arnoldporter.com
jonathan.gleklen@arnoldporter.com

Beth Wilkinson (SBN NY 2181592)
Brian Stekloff (admitted *pro hac vice*)
Kieran Gostin (SBN NY 4847653)
Alysha Bohanon (admitted *pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
abohanon@wilkinsonstekloff.com

Jeremy Barber (SBN NY 5344304)
WILKINSON STEKLOFF LLP
130 W 42nd Street, Floor 24
New York, NY 10036
Telephone: (212) 294-8910
jbarber@wilkinsonstekloff.com

*Counsel for Defendant Visa, Inc.*