November 9, 2026

**BY ECF**

Honorable Sarah L. Cave
United States District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse, Room 1670
500 Pearl Street
New York, NY 10007

Re: *United States of America v. Visa Inc.*, No. 1:24-cv-7214 (JGK)
*In re: Visa Debit Card Antitrust Litig.*, No. 1:24-cv-7435 (JGK)

Dear Judge Cave:

All parties in the two above-captioned related cases submit this joint letter concerning the November 12, 2026 status conference. Since our last status report on October 15, 2026, the parties have continued to work cooperatively and in good faith to schedule third party and party depositions. The parties have reached agreements on the scheduling of depositions of almost all presently requested 30(b)(1) Visa witnesses currently represented by Visa's counsel (subject to Visa's objection to the duplicative nature of the requested depositions and reservation of rights). The parties have scheduled some party 30(b)(6) depositions and are working to schedule the remainder. The parties have also made progress in scheduling depositions of the cardholder plaintiffs and merchant plaintiffs and are working to complete scheduling of those depositions.

While the parties do not have any scheduling disputes to raise with the Court at this time, the parties have met and conferred concerning the propriety of moving forward with certain 30(b)(1) Visa witness depositions, including new Visa company witness depositions recently requested by plaintiffs. If the parties are unable to reach agreement, Visa reserves the right to seek relief with Judge Koeltl as necessary.

The parties disagree on the timing of the next status hearing. Plaintiffs believe that a hearing in 10 days, before Thanksgiving, is sufficient time for issues around scheduling to come to a head, and respectfully request the status conference be rescheduled in one weeks' time, at a time convenient to the Court, so that these disputes can be addressed sufficiently in advance of the currently scheduled depositions. Visa respectfully requests the status conference be rescheduled in early December, at a time convenient to the Court, given that the earliest deposition date for any of the 30(b)(1) depositions being discussed by the parties is not until the middle of December and to maximize the time the parties have to attempt to resolve their differences without involving the court. The parties will file a further status update 48 hours in advance of the newly scheduled call to inform the Court whether there are any issues to discuss.

The parties appreciate the Court's time and attention in this matter.

Respectfully,

By: _/s/ Amanda Strick_
Amanda Strick
UNITED STATES DEPARTMENT OF JUSTICE, ANTITRUST DIVISION
450 Fifth Street, N.W., Suite 4000
Telephone: (202) 803-0426
Facsimile: (202) 514-7308
Amanda.Strick@usdoj.gov

*Counsel for Plaintiff, the United States*

_/s/ Brent W. Johnson_
Brent W. Johnson
COHEN MILSTEIN SELLERS & TOLL LLP
1100 New York Ave. NW, Eighth Floor
Washington, DC 20005
(202) 408-4600
bjohnson@cohenmilstein.com

_/s/ Christopher L. Lebsock_
Christopher L. Lebsock
HAUSFELD LLP
600 Montgomery Street
Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 633-4980
clebsock@hausfeld.com

*Co-Lead Counsel for Fee-Payor Plaintiffs and the Proposed Class*

_/s/ Christopher J. Cormier_
Christopher J. Cormier
BURNS CHAREST LLP
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Tel: (202) 577-3977
ccormier@burnscharest.com

_/s/ Adam J. Zapala_

_/s/ Margaret A. Rogers_
Margaret A. Rogers
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-6711
Margaret.Rogers@arnoldporter.com

_/s/ Kieran Gostin_
Kieran Gostin
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
kgostin@wilkinsonstekloff.com

*Counsel for Defendant Visa, Inc.*

Adam J. Zapala
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
azapala@cpmlegal.com

*Executive Committee Counsel for Fee-Payor Plaintiffs and the Proposed Class*

*/s/ Richard M. Paul III*
Richard M. Paul III
PAUL LLP
600 Broadway Boulevard, Suite 600
Kansas City, Missouri 64105
Telephone: (816) 984-8100
Rick@PaulLLP.com

*/s/ Joseph R. Saveri*
Joseph R. Saveri
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1505
San Fransico, California 94108
Telephone: (415) 500-6800
jsaveri@saverilawfirm.com

*/s/ Jason S. Hartley*
Jason S. Hartley
HARTLEY LLP
101 W. Broadway, Suite 820
San Diego, California 92101
Telephone: (619) 400-5822
hartley@hartleyllp.com

*Co-Lead Counsel for Cardholder Plaintiffs and the Proposed Class*