The Court is in receipt of the parties' letter dated November 13, 2026 filed in United States Of America v. Visa Inc., No. 24 Civ. 7214 (S.D.N.Y.) (the "DOJ Action") and In re: Visa Debit Card Antitrust Litigation, No. 24 Civ. 7435 (S.D.N.Y.) (the "Private Actions," with the DOJ Action, the "Actions")). (DOJ Action, Dkt. No. 222; Private Actions, Dkt. No. 325).

The telephone conference scheduled for November 17, 2026 at 5:00 p.m. ET is **ADJOURNED** to **December 21, 2026 at 2:00 p.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time. By **December 16, 2026 at 5:00 p.m. ET**, the parties in both Actions shall file another joint letter providing a status of scheduling depositions and identifying any other ripe scheduling issues.

SO ORDERED. November 16, 2026

SARAH L. CAVE
United States Magistrate Judge

November 13, 2026

**BY ECF**

Honorable Sarah L. Cave
United States District Court for
the Southern District of New York
Daniel Patrick Moynihan Courthouse,
Room 1670
500 Pearl Street
New York, NY 10007

Re: *United States of America v. Visa Inc.*, No. 1:24-cv-7214 (JGK)
*In re: Visa Debit Card Antitrust Litig.*, No. 1:24-cv-7435 (JGK)

Dear Judge Cave:

All parties in the two above-captioned related cases submit this joint report in response to the Court's order to provide a status of scheduling depositions and identify any other ripe scheduling issues. ECF No. 325. The parties agree that no outstanding issues are ripe for the Court today.

After recent discussions between the parties, Plaintiffs indefinitely suspended three of the discussed depositions. Visa has indicated that it has no present intention to move to quash any of the remaining currently requested 30(b)(1) Visa witness depositions, while reserving the right to do so.

The parties are currently working to schedule two 30(b)(1) Visa witness depositions, one of which was postponed by Plaintiffs at Visa's request from its originally scheduled date of November 10, 2026 for good cause and one that the Government requested on November 3, 2026. The parties have also scheduled some party 30(b)(6) depositions and are working to schedule the remainder. The United States is seeking additional third-party depositions, and the parties are all working cooperatively with the third parties on scheduling those matters.

As the parties do not have any scheduling disputes to raise with the Court at this time, the parties respectfully request that the currently scheduled status conference be postponed by one week. The parties will file a further status update 48 hours in advance of the newly scheduled call to inform the Court whether there are any issues to discuss.

The parties appreciate the Court's time and attention in this matter.

Respectfully,

By: */s/ Amanda Strick*
Amanda Strick
UNITED STATES DEPARTMENT OF
JUSTICE, ANTITRUST DIVISION

*/s/ Margaret A. Rogers*
Margaret A. Rogers
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street

450 Fifth Street, N.W., Suite 4000
Telephone: (202) 803-0426
Facsimile: (202) 514-7308
Amanda.Strick@usdoj.gov

*Counsel for Plaintiff, the United States*

*/s/ Brent W. Johnson*
Brent W. Johnson
COHEN MILSTEIN SELLERS & TOLL LLP
1100 New York Ave. NW, Eighth Floor
Washington, DC 20005
(202) 408-4600
bjohnson@cohenmilstein.com

*/s/ Christopher L. Lebsock*
Christopher L. Lebsock
HAUSFELD LLP
600 Montgomery Street
Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 633-4980
clebsock@hausfeld.com

*Co-Lead Counsel for Fee-Payor Plaintiffs and the Proposed Class*

*/s/ Christopher J. Cormier*
Christopher J. Cormier
BURNS CHAREST LLP
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Tel: (202) 577-3977
ccormier@burnscharest.com

*/s/ Adam J. Zapala*
Adam J. Zapala
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road
Burlingame, CA 94010

New York, New York 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-6711
Margaret.Rogers@arnoldporter.com

*/s/ Kieran Gostin*
Kieran Gostin
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
kgostin@wilkinsonstekloff.com

*Counsel for Defendant Visa, Inc.*

Telephone: (650) 697-6000
Facsimile: (650) 697-0577
azapala@cpmlegal.com

*Executive Committee Counsel for Fee-Payor Plaintiffs and the Proposed Class*

*/s/ Richard M. Paul III*

Richard M. Paul III
PAUL LLP
600 Broadway Boulevard, Suite 600
Kansas City, Missouri 64105
Telephone: (816) 984-8100
Rick@PaulLLP.com

*/s/ Joseph R. Saveri*

Joseph R. Saveri
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1505
San Fransico, California 94108
Telephone: (415) 500-6800
jsaveri@saverilawfirm.com

*/s/ Jason S. Hartley*

Jason S. Hartley
HARTLEY LLP
101 W. Broadway, Suite 820
San Diego, California 92101
Telephone: (619) 400-5822
hartley@hartleyllp.com

*Co-Lead Counsel for Cardholder Plaintiffs and the Proposed Class*